C. O. TAYLOR v. CHICAGO GREAT WESTERN RAILROAD
COMPANY.[1]

April 17, 1925.

No. 24,652.

**Order denying motion for amended findings not appealable.**
    An order, denying a motion for amended findings is not appealable.

    See Appeal and Error, 3 C. J. p. 475, § 299.

Action in the district court for Hennepin county. The case was
tried before Nye, J., who ordered judgment in favor of plaintiff.
From an order denying its motion for amended findings, defendant
appealed. Dismissed.

*Briggs, Weyl & Briggs,* for appellant.
*H. R. Hewitt,* for respondent.

QUINN, J.

Action to recover loss sustained on a carload of apples, by reason
of a decline in the market, at Kenyon, this state, during the time
the same was unreasonably delayed in transit. The cause was tried
and submitted to the court for decision. Findings of fact and con-
clusions were made and filed in favor of the plaintiff. Defendant
moved for amended findings, which motion was denied. From the
order denying such motion, defendant attempted to appeal.

No extended remarks are necessary in disposing of the matter.
We again call attention to the rule that *an order, denying a motion
for amended findings, is not appealable.* Lamprey v. St. P. & C. Ry.
Co. 86 Minn. 509, 91 N. W. 29; Nikannis Co. v. City of Duluth, 108
Minn. 83, 121 N. W. 212; Desaman v. Butler Bros. 118 Minn. 198,
136 N. W. 748; Rees v. Nash, 142 Minn. 260, 171 N. W. 781; Nash
v. Kirchoff, 161 Minn. 409, 201 N. W. 617.

The appeal is dismissed.

[1]Reported in 203 N. W. 434.